# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 495 MAL 2015

     Respondent                :

                               :    Petition for Allowance of Appeal from

       v.                    :    the Order of the Superior Court

ASLY FRANKLIN DIAZ,         :

     Petitioner                :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.